July 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

PEEK/HOWE REAL ESTATE, INC., Appellant

NO. 14-11-00510-CV                           V.

BROWN & GAY ENGINEERS, INC., Appellee

_____

This cause, an appeal from the judgment signed May 27, 2011 in favor of appellee Brown & Gay Engineers, Inc., was heard on the transcript of the record. We have inspected the record and find legally insufficient evidence to support the imposition of liability. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Brown & Gay Engineers, Inc. take nothing by its claims.

We order appellee Brown & Gay Engineers, Inc. to pay all costs incurred in this appeal. We further order this decision certified below for observance.